IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BANKS,<br><br>           Plaintiff,<br><br>    v.<br><br>JOSEPH A. BICK, et al.,<br><br>           Defendants. | 2:02-cv-00374-GEB-KJM-P<br><br>ORDER |

On December 16, 2005, Defendants filed a "Motion to Modify Case Scheduling Order . . ." so that Defendants can "be given 30 days within which to file a dispositive motion." (Mot. at 2.) Defendants argue that "good cause" exists for the requested modification. The record indicates that the "good cause" standard does not apply to Defendants' request. The Rule 16 Scheduling Order containing a law and motion deadline was vacated by Order filed August 14, 2003, and a law and motion deadline was not subsequently prescribed.[1]

---

[1] The Pretrial Order filed July 2, 2004, contains a section concerning "further discovery or motions," but it does not appear to prescribe a law and motion deadline.

1

1  Therefore, the last date on which to file a law and motion
2  matter is January 17, 2006.  The trial scheduled to commence on
3  February 7, 2006, is vacated.
4  IT IS SO ORDERED.
5  DATED:  December 19, 2005

```
                                 /s/ Garland E. Burrell, Jr.
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge
```