IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY BANKS,

      Plaintiff,                     No. CIV S-02-0374 GEB KJM P

   vs.

JOSEPH A. BICK, et al.,

      Defendants.            <u>ORDER</u>

        /

      This matter is set for jury trial at 9:00 a.m. on May 13, 2008, before the Honorable Garland E. Burrell.

      Plaintiff's pretrial statement is due on March 21, 2008; defendants' pretrial statement is due April 4, 2008. Pretrial conference on the pleadings only will be held on April 11, 2008.

      IT IS SO ORDERED.

DATED: February 29, 2008.

                                        U.S. MAGISTRATE JUDGE

2

1

bank0374.sch