IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY BANKS,

    Plaintiff,                    No. CIV S-02-0374 GEB KJM P

    vs.

JOSEPH BICK, et al.,

    Defendants.                <u>ORDER</u>

                                    /

Defendants have requested an extension of time to file their pretrial statement in compliance with the court's order of February 29, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Defendants' request for an extension of time (docket no. 86) is granted.

    2. Defendants are granted twenty days from the date of this order in which to file and serve their pretrial statement.

    3. The date for pretrial conference set in the order of February 29, 2008 is vacated; pretrial conference on the papers only will be held on June 6, 2008.

DATED: May 9, 2008.

                                                                  U.S. MAGISTRATE JUDGE

2/bank0374.eot