## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

LARRY BANKS,

       Plaintiff,                  No. CIV S-02-0374 GEB KJM P

  vs.

JOSEPH A. BICK, et al.,

       Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
_____/         **AD TESTIFICANDUM**

      Larry Banks, inmate # C-31107, a necessary and material witness in proceedings in this case on June 27, 2008, is confined in Avenal State Prison, #1 Kings Way, Avenal, California 93204, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Garland E. Burrell, Jr., to appear by video-conferencing at Avenal State Prison, June 27, 2008, at 1:30 p.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, Avenal State Prison, #1 Kings Way, Avenal, California 93204:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  June 18, 2008.

                                                     U.S. MAGISTRATE JUDGE

/ke
bank0374.841