IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BANKS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSEPH BICK; G. CARTER;<br>S. SMITH; EDDIE COLLINS;<br>CHAO HO, M.D.; ANA RAMIREZ<br>PALMER, warden,<br><br>　　　　　Defendants. | 2:02-cv-0374-GEB-KJM<br><br>TRANSMITTAL TO PARTIES<br>OF TRIAL DOCUMENTS |

　　　Attached are voir dire questions, preliminary jury instructions, closing jury instructions and a verdict form.

Dated:　July 30, 2008

　　　　　　　　　　　　　　　　／s／ Garland E. Burrell, Jr.
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　United States District Judge

1